# United States District Court
## *Southern District of Georgia*

Earnest Clayton,

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV616-151

Stanley Williams, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 11/14/17, adopting the Magistrate Judge's Report

and Recommendation, judgment is hereby entered dismissing the case.



| | |
|---|---|
| 11/14/17 | Scott L. Poff |
| *Date* | *Clerk* |

*Walker Prescott*

*(By) Deputy Clerk*